UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                          CASE NO. 24-50383
CODERSLINK, LLC

    DEBTOR(S)                          CHAPTER 11 PROCEEDING

Amended Budget for Use of Cash Collateral

/s/ Heidi McLeod
Heidi McLeod Law Office
3355 Cherry Ridge, Ste. 214
San Antonio, TX 78230
(210) 853-0092
(210) 853-0129
TSNB 13764700

| | Friday 3/1/2024 | Saturday 3/2/2024 | Sunday 3/3/2024 | Monday 3/4/2024 | Tuesday 3/5/2024 | Wednesday 3/6/2024 | Thursday 3/7/2024 | Friday 3/8/2024 | Saturday 3/9/2024 | Sunday 3/10/2024 | Monday 3/11/2024 | Tuesday 3/12/2024 | Wednesday 3/13/2024 | Thursday 3/14/2024 | Friday 3/15/2024 | Saturday 3/16/2024 | Sunday 3/17/2024 | Monday 3/18/2024 | Tuesday 3/19/2024 | Wednesday 3/20/2024 | Thursday 3/21/2024 | Friday 3/22/2024 | Saturday 3/23/2024 | Sunday 3/24/2024 | Monday 3/25/2024 | Tuesday 3/26/2024 | Wednesday 3/27/2024 | Thursday 3/28/2024 | Friday 3/29/2024 | Saturday 3/30/2024 | Sunday 3/31/2024 | Monday 4/1/2024 | Tuesday 4/2/2024 | Wednesday 4/3/2024 | Thursday 4/4/2024 | Friday 4/5/2024 | Saturday 4/6/2024 | Sunday 4/7/2024 | Monday 4/8/2024 | Tuesday 4/9/2024 | Wednesday 4/10/2024 | Thursday 4/11/2024 | Friday 4/12/2024 | Saturday 4/13/2024 | Sunday 4/14/2024 | Monday 4/15/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Forecasted Opening Balance** | $80,293.88 | $114,795.91 | $114,795.91 | $114,795.91 | $114,795.91 | $127,194.99 | $127,048.85 | $151,097.65 | $150,527.08 | $150,527.08 | $150,527.08 | $150,527.28 | $190,016.78 | $190,016.78 | $198,878.18 | $155,405.98 | $155,405.98 | $155,405.98 | $155,888.98 | $155,888.98 | $155,858.99 | $17,543.91 | $17,543.91 | $17,543.91 | $18,966.60 | $112,705.17 | $112,705.17 | $112,705.17 | $149,950.99 | $149,950.99 | $149,950.99 | $178,620.99 | $178,620.99 | $178,620.99 | $219,958.66 | $219,958.66 | $219,958.66 | $219,958.66 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 |
| Chase | $80,293.88 | $114,795.91 | $114,795.91 | $114,795.91 | $114,795.91 | $127,194.99 | $127,048.85 | $151,097.65 | $150,527.08 | $150,527.08 | $150,527.08 | $150,527.28 | $190,016.78 | $190,016.78 | $198,878.18 | $155,405.98 | $155,405.98 | $155,405.98 | $155,888.98 | $155,888.98 | $155,858.99 | $17,543.91 | $17,543.91 | $17,543.91 | $18,966.60 | $112,705.17 | $112,705.17 | $112,705.17 | $149,950.99 | $149,950.99 | $149,950.99 | $178,620.99 | $178,620.99 | $178,620.99 | $219,958.66 | $219,958.66 | $219,958.66 | $219,958.66 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 |
| **Total Opening Balance** | $80,293.88 | $114,795.91 | $114,795.91 | $114,795.91 | $114,795.91 | $127,194.99 | $127,048.85 | $151,097.65 | $150,527.08 | $150,527.08 | $150,527.08 | $150,527.28 | $190,016.78 | $190,016.78 | $198,878.18 | $155,405.98 | $155,405.98 | $155,405.98 | $155,888.98 | $155,888.98 | $155,858.99 | $17,543.91 | $17,543.91 | $17,543.91 | $18,966.60 | $112,705.17 | $112,705.17 | $112,705.17 | $149,950.99 | $149,950.99 | $149,950.99 | $178,620.99 | $178,620.99 | $178,620.99 | $219,958.66 | $219,958.66 | $219,958.66 | $219,958.66 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 |
| **Income** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1847Group | $500.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amerigo | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Arcules | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aparavi Software Corp | | | | | | | | | $18,400.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $18,400.00 |
| Aspen Capital | $6,800.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | $6,800.00 | | | | | | | | | | | | | | | | | |
| Aspen Capital Renta | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BetterRX | | | | | | | | $8,861.40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $8,861.40 |
| Bleach LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fantasy | | | | | | | | | | | | | | | $483.00 [1] | | | | | | $5,600.00 | | | | | | | | | | | | | | | | | | | | | | | | |
| Freellitre | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Global Ventur - ZF | | | | | | | | | | | | | | | | | | | $2,955.96 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Inhabit | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Funds from Quickbooks Checking Account | | | | | | $50,000.00 | | | | | | | | | | | | | $70,801.84 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HUSL Digital LLC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $9,370.00 | | | |
| MAIA | | | | | | | | | | | | | | | | | | | | | $8,758.06 | | | | | | | | | | | | | | | | | | | | | | | | |
| Modern Climate | | | | | | | | | | | | | | | | | | $4,645.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NVT Phybridge | | | | | | | | | | | | | | | | | | $328.32 | | | | | | | | | | | | | | | | | | | | | | | $4,432.32 | | | | |
| One Rail | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Particle | | | | | | | | | | | | | | | | | $2,823.41 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Particle Reimbursement Funds | | | | | | | | | | | | | | | | | | | | | $88,138.57 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Particle On Call Payment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Q2 Software | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Q2 RPO Payment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Q2 Conversion | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SMC2 | | | | | | | | | | | | $21,089.70 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $17,420.80 |
| Snackpass | | | | | | | | | | | | | | $527.80 | | | | | | | | $7,971.32 | | | | | | | | | | | | | | | | | | | | | | | |
| Snackpass - Overtime | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $21,870.00 | | | | | | | | | | | | | | | | |
| Supemax Pharmaceuticals Inc. | | | | | | | | | | | | | | | | | | | | | $3,520.00 | | | | | $22,952.00 | | | | | | | | | | | | | | | | | | | |
| Tec de Monterrey | | | | | | $19,432.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trada Technologies Inc | | | | | | | | | | | | | | | | | | | $7,094.31 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WF Digital | | | | | | | | | | | | | | | | | | | | | $14,293.82 | | | | | | | | | | | | | | | | | | | | | | | | |
| Zapier | $27,535.35 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | $27,535.35 | | | |
| Bank Return / Old Payments | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IRS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Loans** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CapChase | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Income** | $34,835.35 | $0.00 | $0.00 | $0.00 | $19,432.00 | $0.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,489.70 | $0.00 | $8,861.40 | $527.80 | $0.00 | $0.00 | $0.00 | $463.00 | $0.00 | $0.00 | $100,140.16 | $0.00 | $8,758.06 | $93,758.57 | $0.00 | $0.00 | $37,245.82 | $0.00 | $0.00 | $28,670.00 | $0.00 | $0.00 | $14,337.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $44,682.20 |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MXN Purchase | | | | | $4,000.00 | | | | | | | | $44,000.00 | | | | | | | | $238,095.24 | | | | | | | | | | | | | | | | | | | | | | $35,714.29 | | |
| Refund | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Rent** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Guaranteed Payments** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advertising & Marketing | | | | | | | $3,743.00 | | | | | | | | | | | | | | | | | | $6,702.04 | | | | | | | | | | | | | | | | | | | | | |
| **Software & Suscriptions** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bill.com | | | | | | | | | | | | | | | | | | | | | | | | | $29.99 | | | | | | | | | | | | | | | | | | | | | |
| Remote.com | | | | | | | $213.20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quickbooks | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bank Fees | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Insurance | | | | | | | | $570.57 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IRS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| US Employee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Legal Services | | | | | | | | $21,738.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accounting Services | | | | | | | | | | | | | | | | | | | | | | | $360.00 | | | | | | | | | | | | | | | | | | | | | | | |
| Adrian Commission | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fernando Commission | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Talent Commission | $333.32 | | | | | | | | | | | | | | | | | | | | | | | | $333.33 | | | | | | | | | | | | | | | | | | | | |
| USD Coders | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reimbursable Expenses | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Quarterly Bonus | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SGMM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Styfone | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RedVoucher | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CouponStar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Extraordinary Bonus | | | | | | | | | | | | | | | | | | | | | | | | | $300.00 [2] | | | | | | | | | | | | | | | | | | | | | |
| Capital One Liquidation | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AMEX | | | | | | | $146.14 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CC payments | | | | | $3,285.92 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Harlequin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Partner Loans | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CapChase | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Expenses** | $333.32 | $0.00 | $0.00 | $0.00 | $7,032.92 | $146.14 | $25,901.20 | $570.57 | $0.00 | $0.00 | $0.00 | $0.00 | $44,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $238,455.24 | $0.00 | $0.00 | $0.00 | $7,335.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,714.29 | $0.00 | $0.00 |
| **Ending Balance** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Chase | $114,795.91 | $114,795.91 | $114,795.91 | $114,795.91 | $127,194.99 | $127,048.85 | $151,097.65 | $150,527.08 | $150,527.08 | $150,527.08 | $150,527.28 | $190,016.78 | $190,016.78 | $198,878.18 | $155,405.98 | $155,405.98 | $155,405.98 | $155,888.98 | $155,888.98 | $155,858.99 | $17,543.91 | $17,543.91 | $17,543.91 | $18,966.60 | $112,705.17 | $112,705.17 | $112,705.17 | $149,950.99 | $149,950.99 | $149,950.99 | $178,620.99 | $178,620.99 | $178,620.99 | $219,958.66 | $219,958.66 | $219,958.66 | $219,958.66 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 | $228,926.59 |
| **Total Forecasted Ending Balance** | $114,795.91 | $114,795.91 | $114,795.91 | $114,795.91 | $127,194.99 | $127,048.85 | $151,097.65 | $150,527.08 | $150,527.08 | $150,527.08 | $150,527.28 | $190,016.78 | $190,016.78 | $198,878.18 | $155,405.98 | $155,405.98 | $155,405.98 | $155,888.98 | $155,888.98 | $155,858.99 | $17,543.91 | $17,543.91 | $17,543.91 | $18,966.60 | $112,705.17 | $112,705.17 | $112,705.17 | $149,950.99 | $149,950.99 | $149,950.99 | $178,620.99 | $178,620.99 | $178,620.99 | $219,958.66 | $219,958.66 | $219,958.66 | $219,958.66 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 | $184,244.37 | $228,926.59 |

[1] Faltó $7

[2] $300 Bono para Alberto Enrique de HUSL

| | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/1/2024 | 3/2/2024 | 3/3/2024 | 3/4/2024 | 3/5/2024 | 3/6/2024 | 3/7/2024 | 3/8/2024 | 3/9/2024 | 3/10/2024 | 3/11/2024 | 3/12/2024 | 3/13/2024 | 3/14/2024 | 3/15/2024 | 3/16/2024 | 3/17/2024 | 3/18/2024 | 3/19/2024 | 3/20/2024 | 3/21/2024 | 3/22/2024 | 3/23/2024 | 3/24/2024 | 3/25/2024 | 3/26/2024 | 3/27/2024 | 3/28/2024 | 3/29/2024 | 3/30/2024 | 3/31/2024 | 4/1/2024 | 4/2/2024 | 4/3/2024 | 4/4/2024 | 4/5/2024 | 4/6/2024 | 4/7/2024 | 4/8/2024 |
| **Forecasted Opening Balance** | $29,859.01 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $4,011,611.54 | $4,011,611.54 | $4,011,611.54 | $3,962,434.75 | $15,493.37 | $15,493.37 | $15,493.37 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $40,969.53 | $40,969.53 | $40,969.53 |
| **Total Opening Balance** | $29,859.01 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $4,011,611.54 | $4,011,611.54 | $4,011,611.54 | $3,962,434.75 | $15,493.37 | $15,493.37 | $15,493.37 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $40,969.53 | $40,969.53 | $40,969.53 |
| **Income** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| S&P Information Tech | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ferre | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Return from Clients or Providers | $500.00 | | | | | | | | | | $32,900.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Desarrollo Comercial Ferre | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Kotlin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Returns from Investment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TecsMTY | | | | | | | | | | | | | | | | | | | | | | | | | | | | $151,496.84 | | | | | | | | | | | |
| **Currency Conversion** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MXN from USD Sale | | | | | | | $67,400.00 | | | | | | | $730,840.00 | | | | | $4,000,000.00 | | | | | | | | | | | | | | | $600,000.00 | | | | | |
| **Total Income** | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100,300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $730,840.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $151,496.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600,000.00 | $0.00 | $0.00 | $0.00 |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Provider | $5,000.00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Investment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CL Commissions Fee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CodersLink MX Commission | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Developer Staffing Benefits | | | | | | | | | | | | | | | | | | | | | | | | | $49,176.79 | | | | | | | | | | | | | | |
| Quarterly Bonus | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reimbursements | | | | | | | | | | | | | | $269.10 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Finance Coder Benefits | | | | | | | | | | | | | | $9,000.00 | | | | | | | | | | | | | | | | | | | | | | | | | $9,000.00 |
| HR Coder Benefits | | | | | | | | | | | | | | $1,000.00 | | | | | | | | | | | | | | | | | | | | | | | | | $1,000.00 |
| Coders Salaries (Honorarios) | | | | | | | | | | | | | | | | | | | | | | | | | $2,860,036.54 | | | | | | | | | | | | | | |
| Coders Salaries Asimilados | | | | | | | $5,860.23 | | | | | | | | | | | | | | | | | | $482,164.63 | | | | | | | | | | | | | | |
| Wellness Program | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LinkedIn | | | | | | | | | | | | | | $18,100.56 | | | | | | | | | | | | | | | | | | | | | | | | | $18,100.56 |
| DHL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Antivirus | | | | | | | | | | | | | | $1,628.64 | | | | | | | | | | | | | | | | | | | | | | | | | $1,628.64 |
| Wellок | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Publico | | | | | | | | | | | | | | $13,108.00 | | | | | | | | | | | | | | | | | | | | | | | | | $13,108.00 |
| **Banking Commisions** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accounting | | | | | | | | | | | | | | $9,733.56 | | | | | | | | | | | | | | | | | | | | | | | | | $9,733.56 |
| Legal | | | | | | | | | | | | | | $7,874.00 | | | | | | | | | | | | | | | | | | | | | | | | | $7,874.00 |
| Talent Commission | $6,666.67 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CodersLink Payroll** | | | | | | | $61,749.90 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Severance | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Extraordinary Payments | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Healthcare | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Providers Fee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Taxes | | | | | | | | | | | | | | $60,835.71 | | | | | | | | | | | | | | | | | | | | | | | | | $60,835.71 |
| Payroll | | | | | | | | | | | | | | $849,001.10 | | | | | | | | | | | $604,740.21 | | | | | | | | | | | | | | $604,740.21 |
| Daniel Exit Payment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prestamo Jesus Roman | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prestamo Maria | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benefits | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BMG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Expenses** | $11,666.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $67,610.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $770,610.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,176.79 | $3,946,941.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $726,020.68 | $0.00 | $0.00 | $0.00 |
| **Ending Balance** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Forecasted Ending Balance | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $18,692.34 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $51,382.21 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $11,611.54 | $4,011,611.54 | $4,011,611.54 | $4,011,611.54 | $4,011,611.54 | $4,011,611.54 | $3,962,434.75 | $15,493.37 | $15,493.37 | $15,493.37 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $166,990.21 | $40,969.53 | $40,969.53 | $40,969.53 | $40,969.53 |